Filed 7/29/13  P. v. Piper CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Tehama)

----

| | |
|---|---|
| THE PEOPLE, | C072717 |
| Plaintiff and Respondent, | (Super. Ct. No. NCR79895) |
| v. | |
| COREY GENE PIPER, | |
| Defendant and Appellant. | |

Appointed counsel for defendant Corey Gene Piper has asked us to review the record to determine whether there exist any arguable issues on appeal.  (*People v. Wende* (1979) 25 Cal.3d 436 (*Wende*).)  We shall affirm the judgment.

**BACKGROUND**

Defendant was stopped for a minor traffic infraction.  A prescription pill fell to the ground when he got out of his car.  After defendant consented to a search of the car, an officer noted a female passenger trying to conceal something in her purse.  Defendant first said he would take responsibility for whatever was inside the purse; it was then

1

found to contain a loaded .380-caliber pistol. Defendant then said the pistol was not his and his "mind was blown" over its presence in the purse. Defendant's passenger said the pistol was under the driver's seat, and she slipped it into her purse when they were stopped. The firearm was not registered to defendant.

Defendant pleaded guilty to carrying a loaded firearm in a public place, a felony, (Former Pen. Code, § 12031, subd. (a)(1))[1] and the trial court placed him on three years of formal probation.

Subsequently defendant admitted to violating his probation by failing to appear in court and the trial court terminated his probation, sentenced him to three years in county jail (§ 1170, subd. (h)), imposed various fines and fees, and awarded him 289 days of presentence credit (145 actual and 144 conduct).

Defendant appeals. He did not obtain a certificate of probable cause.

## DISCUSSION

Counsel filed an opening brief that sets forth the facts of the case and requests this court to review the record and determine whether there are any arguable issues on appeal. (*Wende*, *supra*, 25 Cal.3d 436.) Defendant was advised by counsel of the right to file a supplemental brief within 30 days of the date of filing of the opening brief. More than 30 days elapsed, and we received no communication from defendant. Having undertaken an examination of the entire record, we find no arguable error that would result in a disposition more favorable to defendant.

---

[1] Further undesignated statutory references are to the Penal Code. Section 12031 was subsequently repealed and reenacted as section 25850.

2

## DISPOSITION

The judgment is affirmed.

                                                 DUARTE              , J.

We concur:

            MAURO               , Acting P.J.

            HOCH                 , J.